# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  07-mj-01160 |
| GEORGE C. TAYLOR | James Scherer<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 641 | Dispose of things of value belonging to the United States and the Bureau of Reclamation, Department of Interior | 12/20/2004 through 1/20/2005 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/23/2007
_____
Date of Imposition of Judgment


s/Michael J. Watanabe
_____
Signature of Judicial Officer


Michael J. Watanabe, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer


8/24/2007
_____
Date

DEFENDANT:  GEORGE C. TAYLOR
CASE NUMBER:  07-mj-01160                                    Judgment-Page 2 of 3

## PROBATION

The defendant is hereby placed on probation for a term of 6 months.  Probation may be transferred to Virginia where defendant resides.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| 1 | $25.00 | $250.00 | $800.00 |
| **TOTALS** | $25.00 | $250.00 | $800.00 |

The defendant shall make restitution to the following payees in the amounts listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|------------------------------------------|
| Bureau of Reclamation | | $800.00 | |
| **TOTALS** | $0.00 | $800.00 | |

Restitution amount ordered pursuant to plea agreement: . . . . $800.00
.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  GEORGE C. TAYLOR
CASE NUMBER:  07-mj-01160                                                    Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

       Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:  Restitution is to be paid in full prior to the expiration of the term of probation imposed.

       All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

       The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

       Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest.